## QUAKER CITY CONTRACTING COMPANY, Inc., Employer, and Lumbermens Mutual Casualty Company, Inc., Insurance Carrier, Plaintiffs-Appellants, v. Augustus P. NORTON, Deputy Commissioner, Third Compensation District, and Mincey Doll, Defendants-Appellees.

### No. 6951.

Circuit Court of Appeals, Third Circuit.

Jan. 11, 1939.

Allen Gray Clark, of Philadelphia, Pa., for appellants.

Howard M. Long, of Philadelphia, Pa., for Mincey Doll.

J. Cullen Ganey, of Bethlehem, Pa., for Augustus P. Norton.

Before MARIS, CLARK, and THOMPSON, Circuit Judges.

PER CURIAM.

Decree affirmed upon the opinion of Judge Kirkpatrick, 26 F.Supp. 258.